**STATE of Missouri, Respondent,**

v.

**Shirley B. PINSON, Appellant.**

**No. WD 58120.**

Missouri Court of Appeals, Western District.

May 1, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 3, 2001.

Application for Transfer Denied Aug. 21, 2001.

Jerold L. Drake, Janet Wake Larison, Grant City, MO, Attorneys for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, MO, Philip M. Koppe, Assistant Attorney General, Kansas City, MO, Attorneys for Respondent.

Before SPINDEN, C.J., and EDWIN H. SMITH and NEWTON, JJ.

## ORDER

PER CURIAM.

Shirley B. Pinson appeals the judgment of her jury convictions in the Buchanan County Circuit Court for voluntary manslaughter, § 565.023, and armed criminal action, § 571.015.1, for the death of her husband, George Pinson, who was found dead at home from a shotgun blast to the chest. She claims that admissible evidence was excluded, the admissible evidence was insufficient to convict, and she received ineffective assistance of counsel.

Judgment affirmed. Rule 30.25(b).